IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera
Court Reporter:     Kara Spitler            Date: July 19, 2012
Interpreter:        Susanna Cahill          Probation: Susan Heckman

Criminal Action No. 11-cr-00489-RBJ

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Shana Martin

    Plaintiff,

v.

JAVIER FRANCISCO MADRIGAL-                  Dana Casper
ESPINO,

    Defendant.

### SENTENCING MINUTES

**Court in session:**     8:34 a.m.

Appearances of counsel.

Defendant is present in custody.

Interpreter sworn.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on May 1, 2012 to Count One of the Indictment.

Court states its findings and conclusions.

**ORDERED:**  Motion for Below Guideline Statutory or "Variant Sentence" Doc.# [65] is GRANTED.

**ORDERED:**  Defendant shall be **imprisoned** for **forty-six (46)** months.

Court RECOMMENDS that defendant receive credit for three hundred and nine **(309)** days spent in custody.

Court RECOMMENDS that the Defendant be allowed to participate in a program for treatment of drug abuse.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (**3) years.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:

- (X) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   **10:01 a.m.**

Hearing concluded.

Total time:   1:27